# Court of Appeals
# of the State of Georgia

ATLANTA, November 28, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0117.  CARA WILLIAMS v. THE STATE.**

Cara Williams has filed a pro se application for discretionary appeal from the trial court's order denying her request for bond pending appeal.  The trial court's order was entered on September 21, 2012, and Williams filed her application on November 5, 2012.[1]

We lack jurisdiction because Williams's application is untimely.  An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Williams filed her application 45 days after entry of the order she seeks to appeal.  Therefore, her application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/28/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Williams attempted to file her application earlier, but it was not accepted for filing at that time because it did not include a pauper's affidavit.